BOUTIN JONES INC.
Kimberly A. Lucia (SBN 266503)
Andrew M. Ducart (SBN 293714)
Savanna M. Corr (SBN 345841)
Rachel D. Busch (SBN 327939)
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
T: (916) 321-4444 / F: (916) 441-7597
Email: klucia@boutinjones.com
  aducart@boutinjones.com
  scorr@boutinjones.com
  rbusch@boutinjones.com

Attorneys for Defendants R-N-R Vineyard, Inc.,
and R-N-R Vineyards and Winery, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| ANTONIO ZAVALA, CECILIA ZAVALA, FIDEL ARELLANO, and YURIDIANA GARCIA, on behalf of themselves, the State of California, all similarly situated aggrieved employees, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>R-N-R VINEYARD, INC., a California Corporation, R-N-R VINEYARDS AND WINERY, LLC, a California Corporation and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:24-cv-02010-DJC-AC<br><br>**ORDER GRANTING LEAVE TO FILE AMENDED ANSWER TO PLAINTIFFS' COMPLAINT**<br><br><br>Action Filed: July 24, 2024<br>Trial Date: None Set |

# ORDER

Pursuant to the joint stipulation of the Parties and good cause appearing, it is hereby ordered:

1. The Stipulation regarding Defendants' Amended Answer is granted; and
2. Defendants shall have leave to file their Amended Answer within 14 days.

**IT IS SO ORDERED**.

Dated:  December 10, 2024                    /s/ Daniel J. Calabretta
                                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                                    UNITED STATES DISTRICT JUDGE