BOUTIN JONES INC.
Kimberly A. Lucia (SBN 266503)
Andrew M. Ducart (SBN 293714)
Savanna M. Corr (SBN 345841)
Rachel D. Busch (SBN 327939)
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
T: (916) 321-4444 / F: (916) 441-7597
Email: klucia@boutinjones.com
      aducart@boutinjones.com
      scorr@boutinjones.com
      rbusch@boutinjones.com
Attorneys for Defendants
R-N-R Vineyard, Inc., and R-N-R Vineyards and Winery, LLC

Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
Cody A. Bolce (SBN 322725)
**MALLISON & MARTINEZ**
1939 Harrison St., Ste. 730
Oakland, CA 94612-3547
Tel. (510) 832-9999
Fax (510) 832-1101
stanm@themmlawfirm.com
hectorm@themmlawfirm.com
cbolce@themmlawfirm.com

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| ANTONIO ZAVALA, CECILIA ZAVALA, FIDEL ARELLANO, and YURIDIANA GARCIA, on behalf of themselves, the State of California, all similarly situated aggrieved employees, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>R-N-R VINEYARD, INC., a California Corporation, R-N-R VINEYARDS AND WINERY, LLC, a California Corporation and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:24-cv-02010-DJC-AC<br><br>**ORDER TO MODIFY INITIAL SCHEDULING ORDER**<br><br><br><br>Action Filed:  July 24, 2024<br>Trial Date:    None Set |

1

4916-5330-0759.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ORDER</u>**

The Court, having considered the foregoing Stipulation, and good cause appearing thereon, HEREBY ORDERS that:

1.    That the Initial Scheduling Order shall be modified such that the Final Pretrial Conference shall be set for March 11, 2027 as opposed to March 11, 2024.

IT IS SO ORDERED.

Dated:  February 4, 2025                          /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER MODIFYING INITIAL SCHEDULING CONFERENCE

4916-5330-0759.1