UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ZAVALA, et al., | No.  2:24-cv-2010 DJC AC |
| Plaintiffs, | |
| v. | ORDER |
| R-N-R VINEYARD, INC., et al., | |
| Defendants. | |

Before the court is defendants' motion to for a protective order, filed May 25, 2026, without a hearing date noticed or requested.  ECF No. 30 at 1.  Over sixteen months ago, the court issued a scheduling order in this case, stating that fact discovery was to be completed by June 5, 2026.  ECF No. 21.  The order contains a footnote explaining that "the word 'completed' means that all discovery shall have been conducted so that all depositions have been taken and any disputes relevant to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed.  The parties are advised that motions to compel must be filed in advance of the discovery completion deadlines so that the Court may grant effective relief within the allotted discovery time.  A party's failure to have a discovery dispute heard sufficiently in advance of the discovery cutoff may result in denial of

1

the motion as untimely." ECF No. 21 at 3, n.1.

Local Rule 251(a) directs that discovery motions, such as the motion for a protective order at issue here, "may be had by the filing and service of a notice of motion and motion scheduling the hearing date on the appropriate calendar at least twenty-one (21) days from the date of filing and service." In this case, the earliest possible hearing date permitted by the local rules would be June 17, 2026, more than a week after the close of discovery.

Defendants' motion for a protective order is untimely and therefore will not be considered. The parties are free to continue to engage in informal negotiations regarding discovery, but the right to seek enforcement by this court has concluded. Because defendant's motion (ECF No. 30) is untimely it is DENIED.

IT IS SO ORDERED.

DATED: May 26, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2