Lindsey N. Casillas, Bar No. 269688
George R. Thomas, Bar No. 335004
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 282-0100/FAX (916) 444-7544
lcasillas@Klinedinstlaw.com
gthomas@klinedinstlaw.com

Attorneys for Defendants R-N-R
Vineyard, Inc. and R-N-R Vineyards and
Winery, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| ANTONIO ZAVALA, CECILIA ZAVALA, FIDEL ARELLANO, and YURIDIANA GARCIA, on behalf of themselves, the State of California, all similarly situated aggrieved employees, and all others similarly situated,,<br><br>Plaintiffs,<br><br>v.<br><br>R-N-R VINEYARD, INC., a California Corporation, R-N-R VINEYARDS AND WINERY, LLC, a California Corporation and DOES 1 through 50 inclusive,,<br><br>Defendants. | Case No. 2:24-cv-02010-DJC-AC<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO AMEND THE SCHEDULING ORDER TO ALLOW FOR RESOLUTION OF DISCOVERY MATTERS**<br><br><br>Judge:   Hon. Daniel J. Calabretta<br>Trial Date:      May 3, 2027 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

This matter came before the Court on the Motion for Administrative Relief Under Local Rule 233 to Amend the Scheduling Order to Allow for Resolution of Discovery Matters filed by Defendants R-N-R Vineyard, Inc. and R-N-R Vineyards and Winery, LLC (together, "R-N-R").  Defendants did not file an opposition within the timeframe provided by Local Rule 233(b), which the Court construes as a non-opposition to the motion.  Having considered the Motion and supporting documents

Klinedinst PC
801 K Street, Suite 2100
Sacramento, California 95814

filed pursuant to Local Rule 233(b), and the record in this action, and good cause appearing therefor under Federal Rule of Civil Procedure 16(b)(4),

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The Scheduling Order entered January 17, 2025 (ECF No. 21) is modified as follows:

1.    The fact discovery cutoff is extended from June 5, 2026 to **July 31, 2026**.

2.    The deadline for initial expert disclosures and reports under Federal Rule of Civil Procedure 26(a)(2) is extended from July 3, 2026 to **August 28, 2026**.

3.    The deadline for rebuttal expert disclosures and reports under Federal Rule of Civil Procedure 26(a)(2) is extended from July 31, 2026 to **September 25, 2026**.

4.    The expert discovery cutoff is extended from August 28, 2026 to **October 23, 2026**.

5.    All other deadlines and dates set forth in the Scheduling Order (ECF No. 21) remain in full force and effect, including without limitation the October 30, 2026 dispositive motion filing deadline, the December 17, 2026 dispositive motion hearing, the March 11, 2027 final pretrial conference, and the May 3, 2027 trial date.

Dated:  June 2, 2026                    /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814