STAN S. MALLISON (Bar No. 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@TheMMLawFirm.com
CODY A. BOLCE (Bar No. 322725)
  CBolce@TheMMLawFirm.com
ELIZABETH R. KLOS (Bar No. 346781)
  EKlos@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiffs and a Class of Similarly
Situated Employees

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO DIVISION**

| | |
|---|---|
| ANTONIO ZAVALA, CECILIA ZAVALA, FIDEL ARELLANO, and YURIDIANA GARCIA, on behalf of themselves, the State of California, all similarly situated aggrieved employees, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>R-N-R VINEYARD, INC., a California Corporation, R-N-R VINEYARDS AND WINERY, LLC, a California Limited Liability Company, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:24-CV-02010-DJC-AC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO (1) VACATE THE JULY 8, 2026 HEARING AND HEAR DEFENDANTS' MOTION FOR PROTECTIVE ORDER, TO COMPEL, AND FOR SANCTIONS (ECF NO. 39) CONCURRENTLY WITH PLAINTIFFS' MOTION TO COMPEL DEPOSITIONS (ECF NO. 41) ON A SINGLE CONSOLIDATED JOINT STATEMENT; AND (2) FOR LEAVE TO EXCEED THE JOINT STATEMENT PAGE LIMIT**<br><br>*Before the Hon. Allison Claire* |

### STIPULATION

**TO THE HONORABLE COURT, ALL INTERESTED PARTIES, AND THEIR COUNSEL OF RECORD:**

Plaintiffs Antonio Zavala, Cecilia Zavala, Fidel Arellano, and Yuridiana Garcia ("Plaintiffs") and Defendants R-N-R Vineyard, Inc. and R-N-R Vineyards and Winery, LLC ("Defendants") (collectively the "Parties") hereby agree and stipulate as follows:

WHEREAS, on June 9, 2026, Defendants filed a Motion to Compel for Protective Order (ECF No. 39) set for hearing on July 8, 2026, at 10:00 a.m. in Courtroom 26;

WHEREAS, on June 16, 2026, Plaintiffs filed a Motion to Compel Depositions (ECF No. 41) set for hearing on July 22, 2026, at 10:00 a.m. in Courtroom 26;

WHEREAS, the motions involve overlapping subject matter and related issues, including depositions that are the subject of both motions;

WHEREAS, the Parties agree it would promote judicial economy and preserve party resources to have these motions heard and considered together on a single date, and by the Parties' preparation and submission of a single Joint Statement re Discovery Disagreement addressing the discovery disputes raised by both motions (the "Consolidated Joint Statement");

WHEREAS, given the number and complexity of the discovery issues raised across both motions, the Parties anticipate that the Consolidated Joint Statement will exceed the twenty-five (25) page limit set by the Court's Standing Order, and the Parties therefore jointly request leave, for good cause, to file a Consolidated Joint Statement not to exceed 40 pages, exclusive of exhibits and tables;

WHEREAS, the Parties acknowledge that the manner of hearing the Motions, including whether the Court hears oral argument or submits the Motions upon the record and the briefs on file, is committed to the Court's discretion under Local Rule 230(g); however, Defendants request oral argument on the Motions and anticipate that extended oral argument will be required, and will so notify the Court's courtroom deputy clerk pursuant to Local Rule 230(g);

WHEREAS, the Parties acknowledge that, depending on the relief the Court may order, resolution of the disputed issues may require additional time to implement before the current July 31, 2026 fact-discovery cutoff (ECF No. 38); that the Parties were unable, given the timing, to consolidate Defendants' motion into the existing July 8, 2026 hearing; and that the Parties reserve all rights to seek modification of the scheduling order and/or to request that the Court hear the Motions on an earlier date; and

WHEREAS, this Stipulation is entered into in good faith and for good cause, and not for purposes of delay.

NOW THEREFORE, the Parties STIPULATE, and respectfully request that the Court order, the following:

1.   The July 8, 2026 hearing on Defendants' Motion for Protective Order, to Compel, and for Sanctions (ECF No. 39) is VACATED, and that motion shall be heard together with Plaintiffs' Motion to Compel Depositions (ECF No. 41) on July 22, 2026, at 10:00 a.m. in Courtroom 26 (together, the "Motions").

2.   The Parties shall prepare and file a single Consolidated Joint Statement re Discovery Disagreement addressing both Motions no later than July 8, 2026.

3.   For good cause, the Parties are granted leave to file a Consolidated Joint Statement not to exceed 40 pages, exclusive of exhibits and tables.

4.   Pending the hearing on, and the Court's resolution of, the Motions, no deposition that is the subject of either Motion, including the depositions of the four Machado witnesses, Marcelo Meza, the Rule 30(b)(6) deposition of R-N-R Vineyard, Inc., the Rule 30(b)(6) deposition of R-N-R Vineyards and Winery, LLC, and the reopened and remaining plaintiff-side depositions, shall be noticed, re-noticed, or proceed.

5. Whether the Motions are heard with oral argument or submitted upon the record and the briefs on file is committed to the Court's discretion under Local Rule 230(g). Defendants, however, request oral argument on the Motions and anticipate that extended oral argument will be required, and will so notify the Court's courtroom deputy clerk pursuant to Local Rule 230(g).

6. This Stipulation does not waive, and each party expressly reserves, all of its positions, rights, objections, and requests for relief. Without limitation, Defendants reserve their position under Local Rule 251(d), their contention that the Parties have not conducted a good-faith conference within the meaning of Local Rule 251(b), and their requests for a protective order, for forensic preservation and examination of the devices and messaging accounts at issue, for a stay, and for sanctions; Plaintiffs reserve their positions on each disputed issue and the relief sought in their Motion to Compel Depositions; and each party reserves the right to seek modification of the July 31, 2026 fact-discovery cutoff (ECF No. 38) and/or an earlier hearing date. Nothing in this Stipulation shall be construed as a concession on the merits of any issue by any party.

**IT IS SO STIPULATED.**

Dated: June 25, 2026                    **MALLISON & MARTINEZ**

By: _____
           Stan S. Mallison
           Hector R. Martinez
           Cody A. Bolce
           Elizabeth R. Klos

           Attorneys for Plaintiffs

Dated: June 25, 2026                                        **KLINEDINST PC**


By:_____
        Lindsey N. Casillas
        George R. Thomas

        Attorneys for Defendants

STIPULATION TO CONSOLIDATE MOTIONS AND EXCEED PAGE LIMIT
CASE NO. 2:24-CV-02010-DJC-AC

**[PROPOSED ORDER]**

The Court, having considered the Parties' Stipulation to (1) vacate the July 8, 2026 hearing and hear Defendants' Motion for Protective Order, to Compel, and for Sanctions (ECF No. 39) concurrently with Plaintiffs' Motion to Compel Depositions (ECF No. 41) on a single Consolidated Joint Statement, and (2) for leave to exceed the Joint Statement page limit, and good cause appearing, hereby **ORDERS** as follows:

1. The Parties' Stipulation is **APPROVED**;

2. The hearing on Defendants' Motion for Protective Order, to Compel, and for Sanctions (ECF No. 39), currently set for July 8, 2026, is **VACATED**;

3. Defendants' Motion for Protective Order, to Compel, and for Sanctions (ECF No. 39) shall be heard concurrently with Plaintiffs' Motion to Compel Depositions (ECF No. 41) on July 22, 2026, at 10:00 a.m. in Courtroom 26;

4. The Parties shall file a single Consolidated Joint Statement re Discovery Disagreement addressing both Motions no later than July 8, 2026;

5. The Parties are granted leave to file a Consolidated Joint Statement not to exceed 40 pages, exclusive of exhibits and tables;

6. Pending the hearing on and resolution of the Motions, no deposition that is the subject of either Motion shall be noticed, re-noticed, or proceed; and

7. Except as expressly set forth herein, all other dates and deadlines, including the July 31, 2026 fact-discovery cutoff (ECF No. 38), remain in effect.

**IT IS SO ORDERED.**

Date:   June 25, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING STIPULATION
TO CONSOLIDATE MOTIONS AND EXCEED PAGE LIMIT
CASE NO. 2:24-CV-02010-DJC-AC